**Order entered March 31, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01506-CV**

**BENGE GENERAL CONTRACTING, LLC, Appellant**

**V.**

**HERTZ ELECTRIC, LLC ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03630**

### ORDER

Before the Court is the March 30, 2020 request of Gina Udall, Official Court Reporter for the 160th Judicial District Court, seeking a sixty-day extension of time to file the reporter's record. We **GRANT** the request **to the extent** that the reporter's record shall be filed **within thirty days** of the date of this order. *See* TEX. R. APP. P. 35.3(c).

/s/    BILL WHITEHILL
          JUSTICE